# ALABAMA COURT OF CRIMINAL APPEALS



May 24, 2024

**CR-2023-0827**
Darryl Jevon Joyce v. State of Alabama (Appeal from Montgomery Circuit Court: CC-96-1980.61)

## <u>NOTICE</u>

You are hereby notified that on May 24, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk